# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146810 & (13)(18)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

CHARLES WAYNE DAWSON,
Defendant-Appellant.

SC: 146810
COA: 314092
Macomb CC: 2009-001251-FC

_____/

On order of the Court, the application for leave to appeal the February 5, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand and the motion to withdraw plea are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



t0520

Clerk